IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNGARD RECOVERY SERVICES L.P., | : |
| Plaintiff, | : |
| | : Civil Action No. 02-CV-4445 (MK) |
| v. | : |
| DELTANET, INC. | : |
| Defendant. | : |

## STIPULATION TO FILE FIRST AMENDED COMPLAINT

Plaintiff SunGard Recovery Services LP, formerly known as SunGard Recovery Services Inc., and Defendant Deltanet, Inc., pursuant to Federal Rule of Civil Procedure 15(a) and by and through their undersigned counsel, hereby stipulate to the filing of Plaintiff's First Amended Complaint. Deltanet, Inc., reserves the right to answer, move or otherwise plead in response to the First Amended Complaint upon any grounds.

Dated: September 23, 2002

| | |
|---|---|
| BLANK ROME LLP | NAUMAN, SMITH, SHISSLER & HALL LLP |
| *(signature)* | *(signature)* |
| Laurence S. Shtasel, Esq. | Craig A. Staudenmaier, Esq. |
| Rebecca D. Ward, Esq. | Jodi A. Beierschmitt, Esq. |
| One Logan Square | 200 N. Third Street |
| Philadelphia, PA 19103 | Harrisburg, PA 17108-0840 |
| Telephone:   (215) 569-5500 | Telephone:   (717) 236-3010 |
| Facsimile:   (215) 569-5694 | Facsimile:   (717) 234-1924 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| SunGard Recovery Services LP | Deltanet, Inc. |

## CERTIFICATE OF SERVICE

I, Rebecca D. Ward, hereby certify that on September 23, 2002 I caused true and accurate copies of the Stipulation to File First Amended Complaint, and the First Amended Complaint to be placed with FedEx for delivery upon the next business day, addressed as follows:

> Craig J. Staudenmaier, Esq.
> Nauman, Smith, Shissler & Hall LLP
> 200 N. Third Street, 18th Floor
> Harrisburg, PA 17108-0840

*Rebecca D. Ward*
Rebecca D. Ward