IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUNGARD RECOVERY SERVICES, L.P.,**<br>    **Plaintiff ,**<br><br>        v.<br><br>**DELTANET, INC.,**<br>    **Defendant.** | **CIVIL ACTION NO. 02-4445** |

**O R D E R**

**AND NOW,** this 15th day of October, 2002, it is hereby **ORDERED** that the attached Stipulation is **NOT APPROVED** because of the court's Order of September 26, 2002, which was based on the attached letter dated September 26, 2002.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**